UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| KEVIN ALEX MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 8:16-cv-2481-TLW |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the Defendant's Motion for Entry of Judgment with Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), it is hereby ORDERED that Defendant's Motion is GRANTED. The Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the case to the Commissioner for further administrative proceedings.

                                                                                              *s/Terry L. Wooten*
                                                                                               TERRY L. WOOTEN
                                                                                               UNITED STATES DISTRICT JUDGE

February 21, 2017
Columbia, South Carolina

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.